### 42429. WATERS v. AETNA CASUALTY & SURETY COMPANY et al.

FELTON, Chief Judge. Where an employee suffers an injury which results in a partial or total disability (industrial handicap) to one member of his body only with no superadded injury, he is entitled only to compensation for an industrial handicap as provided by *Code Ann.* § 114-406, irrespective of his earning ability after the accident is sustained. *Godbee v. Amer. Mut. &c. Ins. Co.*, 95 Ga. App. 86 (96 SE2d 648) ; *Armour & Co. v. Walker*, 99 Ga. App. 64,

65 (107 SE2d 691); *General Motors Corp. v. Sligh,* 108 Ga. App. 354, 355 (133 SE2d 56).

Accordingly, where the claimant had been receiving compensation under an award not appealed from based on *Code Ann.* § 114-406 (o) for a 25% loss of use of his left leg, with a finding that there was no permanent disability to his left hand, and where, on a subsequent change in condition hearing requested by claimant, the evidence authorized the finding that claimant's condition had improved, the State Board of Workmen's Compensation properly denied any additional compensation, under *Code Ann.* § 114-405 or otherwise. The superior court did not err in affirming such award.

*Judgment affirmed. Frankum and Pannell, JJ., concur.*

Submitted November 8, 1966—Decided December 5, 1966.

*Albert E. Butler,* for appellant.

*Thomas & Howard; Hubert H. Howard,* for appellees.